**Appeal Dismissed and Memorandum Opinion filed September 16, 2025.**



In The

# Fifteenth Court of Appeals

### NO. 15-25-00056-CV

**ANANIAS FREENEY, JR., Appellant**

**V.**

**EKRE OF TEXAS, LLC, Appellee**

**On Appeal from the County Court at Law No 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-24-07234-A**

## MEMORANDUM OPINION

Appellant's brief was due on July 30, 2025. On August 13, 2025, we notified Appellant that his brief had not been filed as required under the rules. *See* TEX. R. APP. P. 38.6(a). We also informed Appellant that we could dismiss this appeal for want of prosecution unless, on or before August 25, 2025, Appellant filed either a motion for extension of time or a brief accompanied by a motion for extension of time reasonably explaining the brief's untimely filing. *See* TEX. R. APP. P. 10.5(b), 38.8(a)(1). We have received no response. Accordingly, we dismiss this appeal for

want of prosecution.[1] *See* TEX. R. APP. P. 42.3(b), 43.2(f).


PER CURIAM

Before Chief Justice Brister and Justices Field and Farris.

---

[1] Appellee's motion to dismiss this appeal, filed April 24, 2025, is denied as moot.